# EXHIBIT 35

~~Bibb, Shari~~

| | |
|---|---|
| **From:** | Kerridge, James G |
| **Sent:** | Wednesday, October 09, 2019 4:28 PM |
| **To:** | andre_sougarret@fresnilloplc.com |
| **Cc:** | Saville, Brian |
| **Subject:** | Project Closure at Fresnillo |
| **Attachments:** | FW: Carta de cancelación de servicio de consultoría; FW: Project Closure at Fresnillo; FW: Cancelación del Proyecto |

Andre,

As you may be aware The Highland Group was selected to support an operational improvement project at the Saucito Mine in May of 2019.  All reports showed outstanding results and I was informed that Fresnillo leadership had made inquiries as to the possibilities of additional Highland support at the Fresnillo and San Julian mine site locations and that discussions at various levels of Fresnillo leadership were in process.

On September 25, 2019 with no warning and no notice our on-site project leadership were informed by the email attached that the project was terminated and that we were to leave immediately.  This was following record operating results directly attributed to The Highland Group project.

Also attached are the two emails previously directed to Gonzalo asking for clarification and guidance.

Since neither received a response, I respectfully ask you, what happened?  The Highland Group has performed at the highest professional standards on five continents and this is a first.  Your insight and perspective would be much appreciated.

Also, and more troubling to me personally, the entire leadership on Highland's side resigned concurrently.  Some had been with me for over twenty years.  All members of The Highland Group sign contracts recognizing the proprietary nature of our client relationships and each commits to respect the investment Highland makes in business development and the proprietary processes which we have developed in the marketplace over many years.

I have reached out to the individual team members we deployed at the Fresnillo mine and have yet to receive a single response.  My worry is that a mistake has been made and that by some means the former Highland Group team has continued to work at that or other Fresnillo facilities; a circumstance which would breach their individual contract agreements and which, as you can appreciate, would force me to hold these individuals accountable.  If those we employ could walk off with our clients, we could not have stayed in business for these past thirty years.  We continue our presence in the mining sector and continue to seek opportunities to work in Mexico.

As noted before I would appreciate your thoughts and guidance.

James G. Kerridge
Founder and Chairman
The Highland Group

CONFIDENTIAL                                                                                                                           HIGHLAND-000375

Como presidente y fundador de The Highland Group, le escribo con la esperanza de comprender el motivo de la finalización de nuestro proyecto de consultoría.

Mi comprensión por parte de Jesus Minjares fue que el trabajo realizado por nuestro equipo siempre fue excepcional y los resultados excedieron los prometidos en términos de tiempo y valor. Greg Peacock hay me informado semanalmente de oportunidades adicionales para apoyar a Fresnillo en otras funciones y ubicaciones.

Estoy sorprendido y entristecido por el abrupto termino de esta relación. Le pedí al nuevo presidente de Highland Group - México, Sr. Aldo Núñez, que se contacte con usted para saber cómo podríamos haber fallado en cumplir sus expectativas y qué podríamos hacer para corregir cualquier problema. Agradecería cualquier idea que pueda proporcionar a Aldo. Nuestro antiguo socio, el Sr. Greg Peacock, dejó la firma.

Agradecería su consideración en este asunto.


Sincerely,

Saludos Cordiales,


Jim
Founder and CEO
The Highland Group

# Paris, Marcelo

| | |
|---|---|
| **From:** | Saville, Brian |
| **Sent:** | Friday, January 10, 2020 10:54 AM |
| **To:** | Francisco Arredondo Martinez |
| **Cc:** | Daniel Guevara; Paris, Marcelo |
| **Subject:** | FW: HCG Advisors Mexico - Facturas de servicios prestados en el period de cancelacion de 30 dias |
| **Attachments:** | FF0000000031.pdf; HCG - CONTRATO DE PRESTACIÓN DE SERVICIOS.PDF |

Francisco,

I am following up on the status of Highland's invoice covering the 30 day cancellation period.

As has been documented, Highland's project with Fresnillo was yielding results far beyond those initially estimated in the Prospectus. No explanation was given for cancellation aside from convenience despite several attempts on Highland's part to ascertain the reason for cancellation.

I appreciate the opportunity to work with Fresnillo. I am disappointed and remain confused as to the way our relationship ended. Having said that, I'm hopeful that Fresnillo will honor the terms of its contract with Highland.

Please ensure that payment is made to clear out our open receivables.

Brian Saville
Chief Financial Officer
The Highland Group

---

**From:** Saville, Brian
**Sent:** Thursday, January 09, 2020 12:04 PM
**To:** Daniel_Guevara@fresnilloplc.com
**Cc:** Paris, Marcelo <mparis@thehighlandgroup.net>
**Subject:** HCG Advisors Mexico - Facturas de servicios prestados en el period de cancelacion de 30 dias

Daniel,

I am following up on the status of Highland's invoice covering the 30 day cancellation period.

As has been documented, Highland's project with Fresnillo was yielding results far beyond those initially estimated in the Prospectus. No explanation was given for cancellation aside from convenience despite several attempts on Highland's part to ascertain the reason for cancellation.

I appreciate the opportunity to work with Fresnillo. I am disappointed and remain confused as to the way our relationship ended. Having said that, I'm hopeful that Fresnillo will honor the terms of it's contract with Highland.

Please ensure that payment is made to clear out our open receivables.

Brian Saville
Chief Financial Officer
The Highland Group

------ Original message------
**From:** Paris, Marcelo
**Date:** Thu, Jan 9, 2020 11:43 AM
**To:** Saville, Brian;

CONFIDENTIAL                                                                                           HIGHLAND-000383

Cc:
Subject: FW: HCG Advisors Mexico - Facturas de servicios prestados en el period de cancelacion de 30 dias

See below email sent to Daniel earlier this week. Attached you will find the invoice and contract.

Marcelo

---

**From:** Paris, Marcelo
**Sent:** Tuesday, January 07, 2020 2:59 PM
**To:** 'Daniel Guevara'
**Subject:** RE: HCG Advisors Mexico - Facturas de servicios prestados en el period de cancelacion de 30 dias

Buenos días Daniel,

Deseo a usted un feliz año Nuevo!

¿Alguna información adicional que ustedes necesitan de nosotros? Ustedes ya tiene una fecha estimada para el pago?

Saludos,

**Marcelo Paris**

The Highland Group

+1 786 208 6739

www.thehighlandgroup.net

"This e-mail and any files transmitted with it are confidential, may be legally privileged, and are intended solely for the use of the named addressee.  If you are not the named addressee, you should not disseminate, distribute or copy this e-mail.  Please notify the sender immediately if you have received this e-mail in error and delete this e-mail from your system.  Please note that any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the company. Finally, e-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this e-mail"

**From:** Paris, Marcelo
**Sent:** Friday, December 13, 2019 10:01 AM
**To:** Daniel Guevara
**Subject:** RE: HCG Advisors Mexico - Facturas de servicios prestados en el period de cancelacion de 30 dias

Hola Daniel,

Favor marcar +1-720-259-7053, código 9526875962

Gracias y Saludos,

Marcelo

**From:** Daniel Guevara [mailto:Daniel_Guevara@fresnilloplc.com]
**Sent:** Friday, December 13, 2019 9:36 AM
**To:** Paris, Marcelo
**Subject:** Re: HCG Advisors Mexico - Facturas de servicios prestados en el period de cancelacion de 30 dias

Buen dia

enterado y confirmo

12:30 PM hora de México

confirmarme un teléfono para marcar o bien marcarme al siguiente teléfono

4939839000 ext 1899 (+52 México)

Saludos

El 13/12/2019 a las 08:00 a. m., Paris, Marcelo escribió:

> Buenos dias Daniel,
>
> Confirmado hoy a las 13:30 horario da costa leste de los Estados Unidos?

3

CONFIDENTIAL HIGHLAND-000385

Saludos,

**Marcelo Paris**

The Highland Group

+1 786 208 6739

www.thehighlandgroup.net

*"This e-mail and any files transmitted with it are confidential, may be legally privileged, and are intended solely for the use of the named addressee.  If you are not the named addressee, you should not disseminate, distribute or copy this e-mail.  Please notify the sender immediately if you have received this e-mail in error and delete this e-mail from your system.  Please note that any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the company. Finally, e-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this e-mail"*

**From:** Paris, Marcelo
**Sent:** Thursday, December 12, 2019 11:21 AM
**To:** Daniel Guevara
**Subject:** RE: HCG Advisors Mexico - Facturas de servicios prestados en el period de cancelacion de 30 dias

Buen Dia Daniel,

Nuestro CFO quiere estar en la llamada para hablar de este tema. Podemos hablar mañana a las 13:30 de horario de costa leste de los Estados Unidos (12:30 horario de México)?

Saludos,

**Marcelo Paris**

The Highland Group

+1 786 208 6739

CONFIDENTIAL                                                                                                          HIGHLAND-000386

www.thehighlandgroup.net

"This e-mail and any files transmitted with it are confidential, may be legally privileged, and are intended solely for the use of the named addressee. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail in error and delete this e-mail from your system. Please note that any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the company. Finally, e-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this e-mail"

**From:** Daniel Guevara [mailto:Daniel_Guevara@fresnilloplc.com]
**Sent:** Thursday, December 12, 2019 10:24 AM
**To:** Paris, Marcelo
**Subject:** Re: HCG Advisors Mexico - Facturas de servicios prestados en el period de cancelacion de 30 dias

Marcelo Buen dia

algún Tel de contacto

Saludos

El 11/12/2019 a las 07:05 a. m., Daniel Guevara escribió:

> Marcelo buen dia
>
> por favor pudieras proporcionarme un telefono para hablarte y platicar sobre la factura que envias
>
> Saludos
>
> El 06/12/2019 a las 04:05 p. m., Paris, Marcelo escribió:
>
>> Estimado Señores, buenas tardes.
>>
>> Adjunto la factura y folio para los servicios prestados durante el periodo de cancelación de 30 días, de acuerdo con la cláusula Décima Quinta del contrato firmado entre Minera Saucito S.A. de C.V. y HCG Advisors México, S. de R.L. de C.V.
>>
>> Favor informar cuando podemos esperar el pago.

CONFIDENTIAL                                                                                                          HIGHLAND-000387

Saludos,

**Marcelo Paris**

The Highland Group

+1 786 208 6739

www.thehighlandgroup.net

"This e-mail and any files transmitted with it are confidential, may be legally privileged, and are intended solely for the use of the named addressee.  If you are not the named addressee, you should not disseminate, distribute or copy this e-mail.  Please notify the sender immediately if you have received this e-mail in error and delete this e-mail from your system.  Please note that any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the company. Finally, e-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this e-mail"

This e-mail and any files transmitted with it are confidential, may be legally privileged, and are intended solely for the use of the named addressee. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this

CONFIDENTIAL                                                                                                              HIGHLAND-000388

# Saville, Brian

| | |
|---|---|
| **From:** | Saville, Brian |
| **Sent:** | Thursday, August 27, 2020 6:25 PM |
| **To:** | octavio_alvidrez@fresnilloplc.com |
| **Cc:** | Paris, Marcelo; octavio_alvidrez@fresnilloplc.com; andre_sougarret@fresnilloplc.com; 'Francisco Arredondo Martinez'; Antonio_Gaytan; Daniel Guevara; hector_contreras@fresnilloplc.com; om_alvidrez@fresnilloplc.com |
| **Subject:** | RE: FW: HCG Advisors Mexico - Facturas de servicios prestados en el period de cancelacion de 30 dias |
| **Attachments:** | FF0000000031.pdf; HCG - CONTRATO DE PRESTACIÓN DE SERVICIOS.PDF |

Octavio,

I am again reaching out to you directly with respect to The Highland Group's unpaid invoice covering the 30 day cancellation period of our contract with Fresnillo Plc.

The Highland Group, throughout its 30 year history, has never encountered a situation such as this. We delivered results and were treated unfairly at a minimum and perhaps even unlawfully. The Highland Group negotiated contract terms with Fresnillo Plc in good faith. The Highland Group complied with its contractual terms. I simply ask that Fresnillo make payment in accordance with the terms of the contract negotiated and executed prior to project inception.

I have attached the invoice and our contract. I ask that payment be made to bring closure to this unfortunate situation.

We remain ready to re-deploy and assist Fresnillo in achieving the same exemplary results that Highland helped drive prior to project cancellation.

Brian Saville
Chief Financial Officer
The Highland Group
bsaville@thehighlandgroup.net
Mobile:  (410) 419 0282

---

**From:** Saville, Brian
**Sent:** Thursday, March 12, 2020 3:00 PM
**To:** 'octavio_alvidrez@fresnilloplc.com' <octavio_alvidrez@fresnilloplc.com>
**Cc:** Paris, Marcelo <mparis@thehighlandgroup.net>; 'octavio_alvidrez@fresnilloplc.com' <octavio_alvidrez@fresnilloplc.com>; 'andre_sougarret@fresnilloplc.com' <andre_sougarret@fresnilloplc.com>; 'Francisco Arredondo Martinez' <Francisco_Arredondo@fresnilloplc.com>; 'Antonio_Gaytan' <antonio_gaytan@fresnilloplc.com>; 'Daniel Guevara' <Daniel_Guevara@fresnilloplc.com>; 'hector_contreras@fresnilloplc.com' <hector_contreras@fresnilloplc.com>; 'om_alvidrez@fresnilloplc.com' <om_alvidrez@fresnilloplc.com>
**Subject:** RE: FW: HCG Advisors Mexico - Facturas de servicios prestados en el period de cancelacion de 30 dias

Octavio,

I am again reaching out to you directly with respect to The Highland Group's unpaid invoice covering the 30 day cancellation period of our contract with Fresnillo Plc.

HIGHLAND-000931

The Highland Group, throughout its 30 year history, has never encountered a situation such as this. We delivered results and were treated unfairly at a minimum and perhaps even unlawfully. The Highland Group negotiated contract terms with Fresnillo Plc in good faith. The Highland Group complied with its contractual terms. I simply ask that Fresnillo make payment in accordance with the terms of the contract negotiated and executed prior to project inception.

I have attached the invoice and our contract. I ask that payment be made to bring closure to this unfortunate situation.

We remain ready to re-deploy and assist Fresnillo in achieving the same exemplary results that Highland helped drive prior to project cancellation.

Brian Saville
Chief Financial Officer
The Highland Group
bsaville@thehighlandgroup.net
Mobile:  (410) 419 0282

---

**From:** Paris, Marcelo <mparis@thehighlandgroup.net>
**Sent:** Wednesday, February 05, 2020 11:02 AM
**To:** octavio_alvidrez@fresnilloplc.com; andre_sougarret@fresnilloplc.com; 'Francisco Arredondo Martinez' <Francisco_Arredondo@fresnilloplc.com>; Antonio_Gaytan <antonio_gaytan@fresnilloplc.com>; Daniel Guevara <Daniel_Guevara@fresnilloplc.com>; hector_contreras@fresnilloplc.com; om_alvidrez@fresnilloplc.com
**Cc:** Saville, Brian <bsaville@thehighlandgroup.net>
**Subject:** RE: FW: HCG Advisors Mexico - Facturas de servicios prestados en el period de cancelacion de 30 dias

Estimado Senores,

Estamos reenviando el correo en Español, porque ese puede ser el motivo para no tenernos respuesta hasta ahora. Ya enviamos comunicación para Daniel Guevara, Antonio Gaytan, Francisco Arredondo, Hector Contreras, Gonzalo Eyzaguirre y Andre Sougarret y hasta ahora no tenemos respuesta de nadie.

Ese correo es en referencia a la factura de los 30 días del periodo de cancelación del contrato. Adjunto están la factura y el contrato de prestación de servicios. Como ustedes ya saben, la factura es para el periodo de cancelación de 30 días, de acuerdo con la cláusula Décima Quinta del contrato firmado entre Minera Saucito S.A. de C.V. y HCG Advisors México, S. de R.L. de C.V.

The Highland Group, a los 30 años de su historia, nunca he encontrado con una situación como esta. Entregamos resultados y fuimos tratados injustamente como mínimo y talvez, incluso, de manera ilegal. The Highland Group negoció los términos del contrato con Fresnillo Plc de buena fe. The Highland Group ha cumplido con sus términos contractuales. Simplemente solicito que Fresnillo realice el pago de acuerdo con los términos del contrato negociado y ejecutado antes del inicio del proyecto. Cualquier cosa menos que esto es inaceptable. No tenemos la intención de no cobrar aproximadamente $ 400,000 que son legítimos y continuaremos con el cobro de este pago.

Saludos,

**Marcelo Paris**
The Highland Group
+1 786 208 6739
www.thehighlandgroup.net

HIGHLAND-000932

"This e-mail and any files transmitted with it are confidential, may be legally privileged, and are intended solely for the use of the named addressee. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail in error and delete this e-mail from your system. Please note that any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the company. Finally, e-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this e-mail"

**From:** Saville, Brian
**Sent:** Tuesday, January 28, 2020 4:20 PM
**To:** octavio_alvidrez@fresnilloplc.com
**Cc:** andre_sougarret@fresnilloplc.com; 'Francisco Arredondo Martinez'; Antonio_Gaytan; Daniel Guevara; Paris, Marcelo; hector_contreras@fresnilloplc.com
**Subject:** RE: FW: HCG Advisors Mexico - Facturas de servicios prestados en el period de cancelacion de 30 dias

Octavio,

I am again reaching out to you directly with respect to The Highland Group's unpaid invoice covering the 30 day cancellation period of our contract with Fresnillo Plc.

My prior attempts to collect by contacting:

Daniel Guevara
Antonio Gaytan
Francisco Arredondo
Hector Contreras
Gonzalo Eyzaguirre
Andre Sougarret

and yourself on January 17, 2020 have gone unanswered aside from an early email response without follow up.

The Highland Group, throughout its 30 year history, has never encountered a situation such as this. We delivered results and were treated unfairly a minimum and perhaps even unlawfully. The Highland Group negotiated contract terms with Fresnillo Plc in good faith. The Highland Group has complied with its contractual terms. I simply ask that Fresnillo make payment in accordance with the terms of the contract negotiated and executed prior to project inception. Anything less than this is unacceptable. We do not intend on walking away from approximately $400,000 that is rightfully due and will continue to the collection of this payment.

Brian Saville
Chief Financial Officer
The Highland Group

**From:** Saville, Brian
**Sent:** Friday, January 17, 2020 10:42 AM
**To:** 'andre_sougarret@fresnilloplc.com' <andre_sougarret@fresnilloplc.com>
**Cc:** 'Francisco Arredondo Martinez' <Francisco_Arredondo@fresnilloplc.com>; Antonio_Gaytan <antonio_gaytan@fresnilloplc.com>; Daniel Guevara <Daniel_Guevara@fresnilloplc.com>; Paris, Marcelo <mparis@thehighlandgroup.net>; 'hector_contreras@fresnilloplc.com' <hector_contreras@fresnilloplc.com>
**Subject:** FW: FW: HCG Advisors Mexico - Facturas de servicios prestados en el period de cancelacion de 30 dias

Andre,

I am following up on the status of Highland's invoice covering the 30 day cancellation period.

3

HIGHLAND-000933

As has been documented, Highland's project with Fresnillo was yielding results far beyond those initially estimated in the Prospectus. No explanation was given for cancellation aside from convenience despite several attempts on Highland's part to ascertain the reason for cancellation.

I appreciate the opportunity to work with Fresnillo. I am disappointed and remain confused as to the way our relationship ended.  Having said that, I'm hopeful that Fresnillo will honor the terms of its contract with Highland.

Please ensure that payment is made to clear out our open receivables.

Brian Saville
Chief Financial Officer
The Highland Group

---

**From:** Saville, Brian
**Sent:** Wednesday, January 15, 2020 12:17 PM
**To:** 'hector_contreras@fresnilloplc.com' <hector_contreras@fresnilloplc.com>
**Cc:** Antonio_Gaytan <antonio_gaytan@fresnilloplc.com>; Daniel Guevara <Daniel_Guevara@fresnilloplc.com>; 'Francisco Arredondo Martinez' <Francisco_Arredondo@fresnilloplc.com>; Paris, Marcelo <mparis@thehighlandgroup.net>
**Subject:** FW: FW: HCG Advisors Mexico - Facturas de servicios prestados en el period de cancelacion de 30 dias

Hector,

I am following up on the status of Highland's invoice covering the 30 day cancellation period.

As has been documented, Highland's project with Fresnillo was yielding results far beyond those initially estimated in the Prospectus. No explanation was given for cancellation aside from convenience despite several attempts on Highland's part to ascertain the reason for cancellation.

I appreciate the opportunity to work with Fresnillo. I am disappointed and remain confused as to the way our relationship ended.  Having said that, I'm hopeful that Fresnillo will honor the terms of its contract with Highland.

Please ensure that payment is made to clear out our open receivables.

Brian Saville
Chief Financial Officer
The Highland Group

---

**From:** Francisco Arredondo Martinez [mailto:Francisco_Arredondo@fresnilloplc.com]
**Sent:** Friday, January 10, 2020 11:50 AM
**To:** Saville, Brian <bsaville@thehighlandgroup.net>; Antonio_Gaytan <antonio_gaytan@fresnilloplc.com>
**Cc:** Daniel Guevara <Daniel_Guevara@fresnilloplc.com>; Paris, Marcelo <mparis@thehighlandgroup.net>
**Subject:** Re: FW: HCG Advisors Mexico - Facturas de servicios prestados en el period de cancelacion de 30 dias


Que tal Brian buen día, marco copia al contador Gaytan para que vea el caso.

Gracias. . .

El 10/01/2020 a las 09:53 a. m., Saville, Brian escribió:

> Francisco,

HIGHLAND-000934

I am following up on the status of Highland's invoice covering the 30 day cancellation period.

As has been documented, Highland's project with Fresnillo was yielding results far beyond those initially estimated in the Prospectus.

No explanation was given for cancellation aside from convenience despite several attempts on Highland's part to ascertain the reason for cancellation.

I appreciate the opportunity to work with Fresnillo. I am disappointed and remain confused as to the way our relationship ended. Having said that, I'm hopeful that Fresnillo will honor the terms of its contract with Highland.

Please ensure that payment is made to clear out our open receivables.

Brian Saville

Chief Financial Officer

The Highland Group

Este mensaje y documentos adjuntos, no generan ni constituyen acuerdos o vínculos jurídicos, contractuales o similares; no obligan a FRESNILLO PLC ni a sus filiales, afiliadas, subsidiarias, salvo manifestación expresa y por escrito. "Aviso de Confidencialidad". La información contenida y/o adjunta es de uso exclusivo de los destinatarios y considerada como información confidencial, privilegiada y protegida por las Leyes Aplicables. A ninguna persona ajena a dichos destinatarios se le autoriza cualquier clase de uso, divulgación, intercepción o reproducción, parcial o total, de este mensaje y de la información que contiene y/o se adjunta. Si ha recibido este correo por error le solicitamos lo notifique inmediatamente al remitente, reenviando este mensaje y elimínelo de su sistema.

The e-mail message above and/or its attachments, are not intended or should not be taken to create any legal relations, contractual or otherwise, and does not bind FRESNILLO PLC, filial, affiliates or subsidiary. Unless explicitly and conspicuously designated as "E-contract intended". Confidentiality Notice: The information contained and/or attached in this message is privileged and confidential. This message and the information attached is intended to be reviewed only by the individual or organization named above. If you are not the intended recipient or an authorized representative or agent of the intended recipient, you are hereby notified that any review, dissemination or copy of this message, its attachments and/or of any information contained herein is prohibited. If you have received this message by error, please immediately notify the sender by returning this message to the original sender and delete this message from your system.



**HCG ADVISORS MEXICO, S. DE R.L. DE C.V.**
**RFC: HAM140409G88**

**Tipo de Comprobante:** I - Ingreso
**Lugar de Expedición:** GABRIEL MANCERA No. 1041 DEL VALLE CENTRO
03100   CIUDAD DE MÉXICO BENITO JUAREZ CIUDAD DE MÉXICO MEXICO
**Régimen Fiscal:** 601 - General de Ley Personas Morales

| | | | | |
|---|---|---|---|---|
| **Forma de pago** | 03 - Transferencia electrónica de fondos | | **Folio y Serie** | F - 31 |
| **Método de pago** | PUE - Pago en una sola exhibición | | **Fecha** | 6/12/2019 14:10:19 |
| **Moneda:** | USD - Dolar americano | | **Uso CFDI:** | P01 - Por definir |
| **Tipo de Cambio:** | 19.4707 | | | |

### Datos del cliente

**Cliente:** Minera Saucito, S.A. de C.V.
**R.F.C.:** MSA071001C17
**Domicilio:** Calzada Saltillo 400 No. 989, Residencial Campestre la Rosita, **C.P.** 27250, Torreón, Coahuila, México

| Cantidad | c_claveUnidad | c_ClaveProdServ | Concepto/Descripción | Valor Unitario | Impuestos | Importe |
|---|---|---|---|---|---|---|
| 1.00 | SERVICIO E48 | Producto 80101702 | Servicio de Diagnostico Servicios prestados en el periodo de cancelación de 30 días, de acuerdo con la cláusula Décima Quinta del contrato firmado entre Minera Saucito S.A. de C.V. y HCG Advisors México, S. de R.L. de C.V. | 376,332.00 | 60,213.12 | 376,332.00 |

| Importe con letra: | | | |
|---|---|---|---|
| CUATROCIENTOS TREINTA Y SEIS MIL QUINIENTOS CUARENTA Y CINCO DóLARES 12/100 | **Subtotal** | | 376,332.00 |
| | **Traslados** | | |
| | 002 | 0.160000 | 60,213.12 |
| | **Total** | | 436,545.12 |

De favor realice el pago mediante transferencia bancaria a la siguiente cuenta:

**Bank Name:** Banco Nacional de México, S.A.
**Account Name:** HCG ADVISORS MEXICO, S. DE R.L. DE C.V.
**Account:** 9032508
**CLABE:** 002180095890325080
**Currency:** USD
**SWIFT:** BNMXMXMM

**CFDI Relacionado:**
**Tipo Relación:** -
**CFDI Relacionado:**



| | |
|---|---|
| **Serie del Certificado del emisor** | 00001000000401213319 |
| **Folio fiscal** | AEA41DA2-5BBD-43B5-9DD3-4E2716D65327 |
| **No. de Serie del Certificado del SAT** | 00001000000404486074 |
| **Fecha y hora de certificación** | Diciembre 6 2019 - 14:10:21 |

Este documento es una representación impresa de un CFDI

**Sello Digital del CFDi**

2NX38/69CKUk/iu/6maZbek7Xv7fEBgfvjuOqCHLVEK9eOVPlRI08ZMFXRwQvTVs3QkHGWR4wWyxbaI/ZymxHg
ConHzwn7SSa+dMhu3jN7Q0s2CctMwvE9qzQAsD5KIyp/jmvQaflHeyaQEOnO+t6EsRaWOSFDa7fqfwlPLwwX/p
mbAdgMRbGaWXpLGLQXLptZn3nypyTFV2J9jQk6KyZc8K4LaTr1OuvVf0ovb+WKQGTIVhlhdEv/fw3EP/9WBcZB
QyJsHkvYq9+rTatolc5WI1aWIlfJvkWYJQV6r8GgMh9DBIpXvnrIeF3Vm6B1idf0XGg84f0Fd3zDJRlLSceg==

**Sello del SAT**

eCrPY0EDkOWghcql6R7TEWTxglwMN3WkGJhjeCBbpzc5kLsPtpB32Yd0CaPmcB/+yz5UaqCvQIS95VM2
EVuS3A4145Mf1wJjyq4dacwPve1ltAbm23kp+4Oo8WfzH6MHDMuostYF8ctC50+aJc0L9JtakjykmmNY
HJvzDsMKd1XiOdaX2bxE0XtxcTYV2XvZbBB5wEz1nJmR3+WWcUGc5yt32Ycmw0kZCqsFoLKL9upIRXMn
z3IaDXo/tLL47rkOBMDHTsxwlEWouHC41Y1Zya2AUFL1Fhn10ZdY5DgRX5IaDfOiG0kPqrzm6QjlcKwQ
cxzkXGdAvgF4Z6nGhssGhw==

**Cadena original del complemento de certificación digital del SAT**

||1.1|AEA41DA2-5BBD-43B5-9DD3-4E2716D65327|2019-12-06T14:10:21|MAS0810247C0|2NX3
8/69CKUk/iu/6maZbek7Xv7fEBgfvjuOqCHLVEK9eOVPlRI08ZMFXRwQvTVs3QkHGWR4wWyxbaI/Zymx
HgConHzwn7SSa+dMhu3jN7Q0s2CctMwvE9qzQAsD5KIyp/jmvQaflHeyaQEOnO+t6EsRaWOSFDa7fqfw
lPLwwX/pmbAdgMRbGaWXpLGLQXLptZn3nypyTFV2J9jQk6KyZc8K4LaTr1OuvVf0ovb+WKQGTIVhlhdE
v/fw3EP/9WBcZBQyJsHkvYq9+rTatolc5WI1aWIlfJvkWYJQV6r8GgMh9DBIpXvnrIeF3Vm6B1idf0XG
g84f0Fd3zDJRlLSceg==|00001000000404486074||