# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT Southern District of Florida |
|---|---|

TO THE MARSHAL OF:

SOUTHERN DISTRICT OF FLORIDA (9:19-cv-81636-XXXX)

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

JESUS FELIX MINJARES SOULE, 7460 NW 98 CT DORAL, FL 33178

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| 1,200,000 | and  0 cents |

in the United States District Court for the  Southern  District of  Florida ,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

All personal property, including jewelry, laptops, computers, smartphones, IPhones, IPads, clothing, furniture, televisions, and electronics belonging to JESUS FELIX MINJARES SOULE, 7460 NW 98 CT DORAL, FL 33178

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE   FLORIDA | DISTRICT   SOUTHERN |
|---|---|
| CITY   DORAL | DATE |

Witness the Honorable _____
*(United States Judge)*

| DATE | |
|---|---|
| May 13, 2022 | Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By: *Philip Curtis*
Deputy Clerk |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |