# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:19-CV-81636-ROSENBERG/REINHART

THE HIGHLAND CONSULTING GROUP, INC.,

    Plaintiff,

v.

JESUS FELIX MINJARES SOULE,

    Defendant.

_____/

## ORDER OF REFERRAL

Pursuant to 28 U.S.C. Section 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this case is hereby referred to United States Magistrate Judge Bruce E. Reinhart for all non-dispositive matters and for a Report and Recommendation for any dispositive issues.

**DONE and ORDERED** in Chambers in West Palm Beach, Florida, this 10th day of June, 2022.

                                        ROBIN L. ROSENBERG
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record