UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-CV-81636-ROSENBERG/REINHART

THE HIGHLAND CONSULTING GROUP, INC.,

    Plaintiff,

v.

JESUS FELIX MINJARES SOULE,

    Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION
ON MOTION FOR SUMMARY JUDGMENT

This matter comes before the Court on the Motion of Plaintiff, The Highland Consulting Group, Inc. ("Plaintiff" or "Highland") for Summary Judgment as to Claimant, Jesus Felix Minjares Flores' ("Claimant" or "Minjares Flores") claim against the funds in a Fidelity Brokerage Services LLC Account (the "Fidelity Account" or "Fidelity Funds"). The Motion was referred to the Honorable Bruce E. Reinhart for a Report and Recommendation. Judge Reinhart issued a Report and Recommendation recommending that the Motion be denied and the matter set for trial. DE 486. The Report and Recommendation also recommended that Plaintiff's Motion for Entry of Final Judgment, [DE 405], be denied without prejudice; that Claimant's Motion to Dissolve the Writ of Garnishment, [DE 411], be denied without prejudice; and that Claimant's Motion to Strike Plaintiff's Reply Statements of Material Facts, [DE 484], and Claimant's Motion for Leave to File Sur-Reply, [DE 485], be denied as moot.

Claimant filed objections to the Report and Recommendation. DE 492. Claimant's objections take issue with the Report and Recommendation's recounting and interpretation of the undisputed facts, and do not dispute the Report and Recommendation's legal conclusions or denial of the Motion for Summary Judgment. DE 492 at 2-6. Neither Plaintiff nor Defendant, Jesus Felix Minjares Soule ("Defendant" or "Minjares Soule"), filed objections to the Report and Recommendation, nor did any party file a response to Claimant's objections. The Court has thoroughly reviewed the Report and Recommendation, the parties' briefing on the Motion for Summary Judgment, [DE 461, 477, 481], the parties' statements of material facts and exhibits thereto, [DE 462, 478, 482], Claimant's objections to the Report and Recommendation, [DE 492], and the record.

The Court has also thoroughly reviewed Plaintiff's Motion for Entry of Final Judgment, [DE 405], Claimant's Motion to Dissolve the Writ of Garnishment, [DE 411], Claimant's Motion to Strike Plaintiff's Reply Statements of Material Facts, [DE 484], and Claimant's Motion for Leave to File Sur-Reply, [DE 485], and any relevant briefing, and is fully advised in the premises.

Upon review, the Court finds Judge Reinhart's recommendations to be well-reasoned and correct, and the Court agrees with the factual recitation and the analysis in the Report and Recommendation.

For the foregoing reasons, it is hereby **ORDERED and ADJUDGED** that:

1. Magistrate Judge Reinhart's Report and Recommendation [DE 486] is **ADOPTED**.
2. Claimant's Objections [DE 492] are **OVERRULED**.
3. Plaintiff's Motion for Summary Judgment [DE 461] is **DENIED**.
4. Plaintiff's Motion for Entry of Final Judgment [DE 405] is **DENIED WITHOUT PREJUDICE**.

5. Claimant's Motion to Dissolve Writ of Garnishment [DE 411] is **DENIED WITHOUT PREJUDICE**.

6. Claimant's Motion to Strike Plaintiff's Reply Statement of Material Facts [DE 484] and Claimant's Motion for Leave to File Sur-reply [DE 485] are **DENIED AS MOOT**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 13th day of January, 2023.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record