UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-CV-81636-ROSENBERG/REINHART

THE HIGHLAND CONSULTING GROUP, INC.,

    Plaintiff,

v.

JESUS FELIX MINJARES SOULE,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES**

This matter comes before the Court on the Motion of Defendant, Jesus Felix Minjares Soule, for Attorneys' Fees. DE 427. Plaintiff filed a Response, [DE 447], and Defendant filed a Reply. DE 451. The Motion was referred to the Honorable Bruce E. Reinhart for a Report and Recommendation. On January 27, 2023, Judge Reinhart issued a Report and Recommendation recommending that the Motion be denied. DE 502. The deadline for a party to file objections to the Report and Recommendation was February 10, 2023, and no party filed an objection. The Court has thoroughly reviewed the Report and Recommendation, the parties' briefing on the Motion for Attorneys' Fees, and the record, and is fully advised in the premises.

Upon review, the Court finds Judge Reinhart's recommendations to be well-reasoned and correct, and the Court agrees with the factual recitation and the analysis in the Report and Recommendation.

For the foregoing reasons, it is hereby **ORDERED and ADJUDGED** that:

1. Magistrate Judge Reinhart's Report and Recommendation [DE 502] is **ADOPTED**.

    2. Defendant's Motion for Attorneys' Fees [DE 427] is **DENIED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 13th day of February, 2023.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record