U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| THE HIGHLAND CONSULTING GROUP, INC., | 9:19-cv-81636-RLR (#6) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JESUS FELIX MINJARES SOULE | Civil Sale |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
2016 ASTON MARTIN VANTAGE V8 VIN: SCFEKBBL5GGD20357

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
PAUL G. ROGERS FEDERAL COURTHOUSE, 701 CLEMATIS STREET, WPB, FL 33401

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285: 1 |
| | Number of parties to be served in this case: |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

On 2/22/2023 an auction was held on the front lobby of the Paul G. Rogers Federal Courthouse, 701 Clematis Street, West Palm Beach, FL 33401, for the following vehicle: 2016 ASTON MARTIN VANTAGE V8 VIN: SCFEKBBL5GGD20357 Per § 56.21 the Order to sell was advertised in The Business Daily Review on: 01/24/2023, 01/31/2023, 02/07/2023 & 02/14/2023.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| MARISOL CHAVES (Digitally signed by MARISOL CHAVES Date: 2023.02.24 11:28:03 -05'00') | | (561) 946-6500 | 2/24/2023 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | C04 | C04 | MARISOL CHAVES (Digitally signed by MARISOL CHAVES Date: 2023.02.24 11:28:30 -05'00') | 2/24/2023 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☒ pm |
|---|---|---|---|
| FILED BY [illegible] D.C. FEB 27 2023 ANGELA E. NOBLE CLERK U.S. DIST. CT. S.D. OF FLA. - W.P.B. | 2/24/2023 | 1200 | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | MARISOL CHAVES (Digitally signed by MARISOL CHAVES Date: 2023.02.24 11:28:52 -05'00') |

Costs shown on attached USMS Cost Sheet >>

REMARKS

On 2/22/2023 an auction was held on the front lobby of the Paul G. Rogers Federal Courthouse, 701 Clematis Street, West Palm Beach, FL 33401, for the following vehicle:

2016 ASTON MARTIN VANTAGE V8 VIN: SCFEKBBL5GGD20357

The final bid was made by, Angel Alberto Garcia, in the amount of $3500.00.

Mr. Garcia made a $500.00 deposit by official check to the U.S. Marshals Service.

THE HIGHLAND CONSULTING GROUP, INC., was represented by Allison Levey Freidman, P.A. at the auction.

Form USM-285
Rev. 03/21