**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>THE HIGHLAND CONSULTING GROUP, INC., | COURT CASE NUMBER<br>9:19-cv-81636-RLR   (#8) |
| DEFENDANT<br>JESUS FELIX MINJARES SOULE | TYPE OF PROCESS<br>Civil Sale |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
2020 LAND ROVER110 SE DEFENDER VIN: SALEP7EU1L2017509

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
PAUL G. ROGERS FEDERAL COURTHOUSE, 701 CLEMATIS STREET, WPB, FL 33401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

On 2/22/2023 an auction was held on the front lobby of the Paul G. Rogers Federal Courthouse, 701 Clematis Street, West Palm Beach, FL 33401, for the following vehicle: 2020 LAND ROVER110 SE DEFENDER VIN: SALEP7EU1L2017509 Per § 56.21 the Order to sell was advertised in The Business Daily Review on: 01/24/2023, 01/31/2023, 02/07/2023 & 02/14/2023.

Signature of Attorney other Originator requesting service on behalf of:
MARISOL CHAVES (Digitally signed by MARISOL CHAVES Date: 2023.02.24 11:12:10 -05'00')
☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: (561) 946-6500
DATE: 2/24/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. C04 | No. C04 | MARISOL CHAVES (Digitally signed by MARISOL CHAVES Date: 2023.02.24 11:11:56 -05'00') | 2/24/2023 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

FILED BY ___ MKT ___ D.C.
FEB 27 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Date: 2/24/2023   Time: 1200 ☒ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
MARISOL CHAVES (Digitally signed by MARISOL CHAVES Date: 2023.02.24 11:11:36 -05'00')

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

On 2/22/2023 an auction was held on the front lobby of the Paul G. Rogers Federal Courthouse, 701 Clematis Street, West Palm Beach, FL 33401, for the following vehicle:

2020 LAND ROVER110 SE DEFENDER VIN: SALEP7EU1L2017509

The final bid was made by, THE HIGHLAND CONSULTING GROUP, INC., in the amount of $11,500.00 (credit bid).

THE HIGHLAND CONSULTING GROUP, INC., was represented by Allison Levey Freidman, P.A. at the auction.

Form USM-285
Rev. 03/21