UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cv-81636-RLR

THE HIGHLAND CONSULTING
GROUP, INC.,

    Plaintiff,

vs.

JESUS FELIX MINJARES SOULE,

    Defendant.
_____/

**ORDER ON MOTION FOR CLARIFICATION [ECF No. 553]**

On March 16, 2023, Linda Gigi Siew, the successful auction bidder on a 2021 Ford Mustang, filed a *pro se* motion to clarify two issues: (1) who is legally responsible for post-sale storage fees for the vehicle, and (2) whether she has the right to inspect the vehicle. ECF No. 553. No party responded to the motion and the time for a response has expired.

On April 3, 2023, Judge Rosenberg entered an order directing the U.S. Marshal to issue a bill of sale to Ms. Siew and to release physical possession to her. ECF No. 559 ¶2. The U.S. Marshals took custody of the vehicle in August 2022 at the Plaintiff's request. As explained in the Court's prior Report and Recommendation, Ms. Siew became the owner of the vehicle by operation of law on March 1, 2023, when she paid the outstanding balance of the auction purchase price. ECF Nos. 542, 549. Nevertheless, until Judge Rosenberg's Order, Plaintiff was the reason the vehicle

remained in U.S. Marshal's custody. As such, Plaintiff must pay any storage fees accrued for this vehicle through and including April 3, 2023.

The Court cannot resolve the second issue on the present record. If there are unpaid fees, the storage company may have rights under state law to retain possession of the vehicle (and prevent Ms. Siew from accessing it) as security for payment of those fees. Any such issue must be resolved by Ms. Siew, Plaintiff, and the storage company.

**DONE and ORDERED** in Chambers this 4th day of April, 2023, at West Palm Beach in the Southern District of Florida.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE