UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:19-cv-81636-XXXX

THE HIGHLAND CONSULTING
GROUP, INC.,

   Plaintiff,

vs.

JESUS FELIX MINJARES SOULE,

   Defendant.

vs.

FIDELITY BROKERAGE SERVICES LLC

   Garnishee.
_____/

## AGREED FINAL JUDGMENT ON WRIT OF GARNISHMENT TO FIDELITY BROKERAGE SERVICES LLC

This matter came before the Court on the Parties' Joint Stipulation on the Writ of Garnishment to Fidelity Brokerage Services LLC. The Court having considered the Joint Stipulation and having been advised of the Parties' Agreement, it is **ORDERED AND ADJUDGED** that:

1. Claimant, JESUS FELIX MINJARES FLORES' Affidavit Pursuant to Florida Statutes § 77.16, [DE 411-1 and DE 412] is deemed withdrawn.

2. A Final Judgment is hereby entered in favor of Plaintiff, THE HIGHLAND CONSULTING GROUP, INC. on its Writ of Garnishment to Fidelity Brokerage Services LLC [DE 405].

3. Plaintiff, THE HIGHLAND CONSULTING GROUP, INC., shall recover from Fidelity Brokerage Services LLC the entire amount of the Defendant, Jesus Felix Minjares Soule's Transfer on Death Individual retail brokerage account, Account No. ******9825.

4. The Court directs Fidelity Brokerage Services LLC to remit all funds in the Defendant, Jesus Felix Minjares Soule's Transfer on Death Individual retail brokerage account (Account No. ******9825) to the Plaintiff, THE HIGHLAND CONSULTING GROUP, INC.

5. Each party shall bear its own fees and costs, except as otherwise agreed.

**DONE and ORDERED** in chambers at West Palm Beach, Florida this 8th day of May, 2023.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record