UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cv-81636-RLR

THE HIGHLAND CONSULTING
GROUP, INC.,

        Plaintiff,

vs.

JESUS FELIX MINJARES SOULE,

        Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR PROCEEDINGS SUPPLEMENTARY AND ISSUANCE OF NOTICES TO APPEAR [ECF No. 613]

Plaintiff/judgment creditor moves for proceedings supplementary pursuant to Florida Statute §56.29. ECF No. 613. The motion is hereby **GRANTED.** Proceedings supplementary are hereby authorized pursuant to Fed. R. Civ. P. 69 and Fla. Stat. §56.29. Attached to this Order are Notices to Appear which Plaintiff shall cause to be served upon the impleaded defendants in accordance with the applicable rules of procedure, namely Chapter 48 of the Florida Statutes. Plaintiff shall file with the Court a certificate of service when each of the impleaded defendants is served with the Notice to Appear.

**DONE and ORDERED** in Chambers this 12th day of June, 2023, at West Palm Beach in the Southern District of Florida.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE