UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-81636-RLR

THE HIGHLANDS CONSULTING GROUP, INC.,

    Plaintiff,

v.

JESUS FELIX MINJARES SOULE,

    Defendant.

_____/

**REPORT AND RECOMMENDATION ON MOTION TO RELEASE FUNDS**

Judgment-Creditor/Plaintiff The Highlands Consulting Group, Inc., moves for the release of the net proceeds from the sale of seized vehicles. ECF No. 564. I previously ordered that no funds were to be disbursed without an Order from the Court. ECF No. 519. The United States Marshal has now filed a final accounting showing net proceeds of $28,945.10. ECF No. 623.

WHEREFORE, it is RECOMMENDED that the Court authorize the United States Marshal to disburse the net proceeds to the judgment creditor.

**NOTICE OF RIGHT TO OBJECT**

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Robin L. Rosenberg, United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file

objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 18th day of July 2023.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE