UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-81636-RLR/BER

THE HIGHLAND CONSULTING GROUP, INC.,

        Plaintiff,

v.

JESUS FELIX MINJARES SOULE,

        Defendant.
_____/

## AMENDED REPORT AND RECOMMENDATION ON MOTION TO RELEASE FUNDS

Judgment-Creditor/Plaintiff The Highland Consulting Group, Inc., moved for the release of the net proceeds from the sale of seized vehicles. ECF No. 564. I previously recommended, and Judge Rosenberg ordered, that the United States Marshal should disburse the net proceeds. ECF Nos. 624, 627. At the time of the order, the disbursement amount was believed to be $28,945.10, based on an accounting filed by the United States Marshal. No funds have yet been disbursed. The United States Marshal has now filed a revised final accounting which shows that the net proceeds were $23,195.10. ECF No. 632.

WHEREFORE, it is RECOMMENDED that the Court amend and clarify its prior order to authorize the United States Marshal to disburse net proceeds in the revised amount of $23,195.10.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Robin L. Rosenberg, United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 25th day of August 2023.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE