**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CV-81636-ROSENBERG**

THE HIGHLANDS CONSULTING
GROUP, INC.,

      Plaintiff,

v.

JESUS FELIX MINJARES SOULE,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon the parties' cross motions for attorney's fees and costs which were previously referred to the Magistrate Judge for a Report and Recommendation. On February 8, 2024, the Magistrate Judge issued a Report and Recommendation recommending that the Motions be granted in part and denied in part. The Defendant filed no objection. The Plaintiff did file an objection. The Court has conducted a *de novo* review of the Magistrate Judge's Report and Recommendation, the objection, and the record and is otherwise fully advised in the premises.

Upon review, the Court finds the Magistrate Judge's recommendations to be well reasoned and correct. The Court agrees with the analysis in the Magistrate Judge's Report and Recommendation and concludes that the Motions should be granted in part and denied in part.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 661] is hereby **ADOPTED**;

2. The parties' cross Motions are **GRANTED IN PART AND DENIED IN PART**

as more fully set forth in the Report; and

3. The Plaintiff is awarded $1,750 in appellate costs.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 26th day of February, 2024.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record